IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**DERRICK JOINTER,** *et al.* **PLAINTIFFS**

v.             **CASE NO. 2:23-CV-00151-BSM**

**RODNEY PERRY,** *et al.* **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 28th day of January, 2025.

_____
UNITED STATES DISTRICT JUDGE